UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  Case No. 2:24-cr-121-SPC-NPM

RICHARD MURTAUGH and
GAIL MURTAUGH

## ORDER TO DEPOSIT FUNDS AND DISBURSE

Before this Court is the United States' unopposed motion for an order to deposit funds and disburse. (Doc. 18).

Being fully advised in the premises, the Court finds that to serve best the purpose of Richard and Gail Murtaughs' anticipated restitution, the Clerk of Court shall accept prejudgment payments and shall hold these funds in an interest-bearing account. The unopposed motion is **GRANTED**.

It is further ordered that pursuant to 28 U.S.C. § 2042, upon entry of a criminal judgment, the Clerk of the Court shall withdraw and apply the deposited funds to the defendants' restitution. Upon satisfaction of the defendants' restitution, any surplus funds, including accrued interest, shall be applied to the defendants' other criminal monetary penalties, including special assessment and fines, imposed against the defendants as provided by law and in accordance with the Clerk's standard operating procedures, or to any outstanding forfeiture orders. If the prejudgment payments accrue interest in an amount that exceeds the total due on the defendants' restitution and other criminal monetary penalties and forfeiture

orders, the surplus accrued interest shall be remitted to the Crime Victims Fund.

**ORDERED** in Fort Myers, Florida, on October 1, 2024.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All parties of Record